UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-202 JLR |
| Plaintiff | |
| v. | ORDER CONTINUING TRIAL |
| KEVIN A. JONES, | |
| Defendant | |

This matter comes before the Court on the Defendant's unopposed motion to continue the trial date (Dkt. No. 14).

Having considered the motion and the relevant record, the Court FINDS that:

1. The facts and circumstances are as set forth in the stipulated motion, and are adopted by reference and incorporated as findings of fact;

2. Failure to grant a continuance in this case will deny counsel the reasonable time necessary for effective preparation of trial and other pretrial proceedings, taking into account the exercise of due diligence. Specifically, counsel for the Defendant and the Defendant need additional time to review the discovery in this case, and to evaluate and develop potential defenses on the basis

ORDER CONTINUING TRIAL - 1

CAMIEL & CHANEY, P.S.
2101 FOURTH AVENUE, SUITE 1900
SEATTLE, WA 98121-2315
PETER A. CAMIEL (206) 624-1551
CATHERINE A. CHANEY (206) 343-7642

of that discovery;

3. Failure to grant a continuance would likely result in a miscarriage of justice;

4. The ends of justice served by granting this continuance outweigh the best interest of the public and Defendants in a speedy trial;

5. All these findings are made within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(i),(ii) and (iv);

6. The period of time from the filing date of the motion until the new trial date, set forth below, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The motion (Dkt. No. 14) is GRANTED. The jury trial in this matter is CONTINUED from Monday, October 3, 2016 to Monday, December 19, 2016 at 1:30 p.m.

Dated this 17th day of August, 2016.

United States District Judge James L. Robart

ORDER CONTINUING TRIAL - 2

CAMIEL & CHANEY, P.S.
2101 FOURTH AVENUE, SUITE 1900
SEATTLE, WA 98121-2315
PETER A. CAMIEL (206) 624-1551
CATHERINE A. CHANEY (206) 343-7642