UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0202JLR |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| KEVIN ANTOINE JONES, | |
| Defendant. | |

Before the court is Defendant Kevin Antoine Jones's Objections (Dkt. # 101) to Magistrate Judge Theiler's Report and Recommendation (Dkt. # 96). The court has reviewed the Report and Recommendation, Defendant's Objections, and the Government's Response (Dkt. # 102). In addition, the court has reviewed the full transcript of the Evidentiary Revocation Proceeding held before Magistrate Judge Theiler (Dkt. # 99) and the exhibits from the Revocation Proceeding. The court finds itself fully informed and declines to have oral argument on the Objections.

//

ORDER - 1

1    A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." *Id.* "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The court reviews de novo those portions of the report and recommendation to which specific written objection is made. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." *Id.*

In a hearing regarding alleged supervised release violations the Government has the burden of proof by a preponderance of the evidence standard. 18 U.S.C. § 3583(e)(3). Defendant objects to both Magistrate Judge Theiler's Findings of Fact and Conclusions of Law. The court has independently reviewed the facts of this matter, the governing law, and the arguments of counsel.

Based on this review the court finds and orders:

(1) That the Report and Recommendation (Dkt. # 96) is adopted;

(2) That the Defendant has violated the terms of his supervised release by committing the crime of assault;

(3) Pending final determination of the punishment for the violation, the Defendant shall remain in custody; and

//

(4) The Clerk shall send to send copies of this Order to all counsel and to Magistrate Judge Theiler.

Dated this 4th day of May, 2020.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 3